---------- Forwarded message ---------
From: **Vanya** <vnb30@msn.com>
Date: Tue, Aug 29, 2023, 11:55 AM
Subject: Letter of Good Moral Character
To: Craigpsk@gmail.com <Craigpsk@gmail.com>


To whom it may concern,
I have known Craig M.Bingert all his life as I am his mother. Craig was a shy quiet child and a joy to watch grow. He was always so caring with his siblings and parents. Throughout his school years he made friends easily both in his schools and on his sport teams. As a parent I was always proud to receive great character reviews from teachers as well as sport coaches about Craig's interaction with his peers .I witnessed Craig grow up into a fine young man. An example of Craig's compassionate side is one day on his way home from work he drove past a homeless man laying under a tree and decided to turn around and go back to assist the homeless man. Craig went into the nearest convenience store and purchased a variety of foods and drinks for the homeless man and offered it to him and asked him if he needed anything else. This was a proud moment for me to see what a caring and compassionate man Craig had became. Furthermore Craig has displayed countless moments of good citizenship, good morals and compassion for others. Craig has been a loyal friend and family member all his life . Please don't hesitate to contact me for and further details on Craig's character.

Sincerely,


Mrs. Vanya Bingert
610-360-8355
Sent from my T-Mobile 5G Device

1