**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 21-CR-91 (RCL) |
| **TAYLOR JAMES JOHNATAKIS,** | : |
| **Defendants.** | : |

## ORDER

The Court opened competency proceedings as to defendant Taylor James Johnatakis on March 23, 2023. On April 12, 2023, the Court ordered that Dr. Brent J. Oneal, a licensed psychologist, conduct an examination of the defendant pursuant to 18 U.S.C. § 4241(b) and prepare a report pursuant to 18 U.S.C. § 4241(c). *See* ECF 125, as amended by 128. On July 17, 2023, the Court ordered an additional competency examination by Dr. Oneal, as well as a supplemental competency report.

Having reviewed and considered Dr. Oneal's Forensic Psychological Evaluations of the defendant dated May 25, 2023 and August 25, 2023, including his opinions that the defendant: (1) "is not currently suffering from psychiatric illness or a developmental disability" (August 25, 2023 Evaluation, p. 7); (2) "currently possesses a basic capacity to understand the nature of the proceedings against him" (August 25, 2023 Evaluation, p. 4); and (3) "currently possesses a basic capacity to assist in his defense" (August 25, 2023 Evaluation, p. 6), and having held a hearing on October 18, 2023 to determine the mental competency of the defendant pursuant to 18 U.S.C. § 4241(a) and 18 U.S.C. § 4247(d), and the defendant, represented by counsel, having not challenged Dr. Oneal's findings,

THE COURT FINDS THAT the defendant is not suffering from a mental disease or defect rendering him mentally incompetent and finds that he is able to understand the nature of the consequences of the proceedings against him and to assist properly in his defense.

IT ~~IS HEREBY ORDERED that a status conference will be held~~ on ~~_____~~ at ____ a.m./p.m. to set a trial date.

__10/18/23__
Date

_Royce C. Lamberth_
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE