UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CASE NO.: 21-CR-91 (RCL) |
| TAYLOR JAMES JOHNATAKIS, | : |
| Defendant. | : |

## VERDICT FORM

We, the jury in the above-titled case, find the defendant:

**Count 1:**  Obstruction of an Official Proceeding

__✓__ Guilty            _____ Not Guilty

**Count 2:**  Assaulting, Resisting, or Impeding Certain Officers

__✓__ Guilty            _____ Not Guilty

**Count 3:**  Civil Disorder

__✓__ Guilty            _____ Not Guilty

**Count 4:**  Entering and Remaining in a Restricted Building or Grounds

__✓__ Guilty            _____ Not Guilty

**Count 5:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds

____✓____          _____
Guilty                                Not Guilty

**Count 6:** Engaging in Physical Violence in a Restricted Building or Grounds

____✓____          _____
Guilty                                Not Guilty

**Count 8:** Act of Physical Violence in the Capitol Grounds or Buildings

____✓____          _____
Guilty                                Not Guilty

Dated: __11-21-2023__